UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JAHRON BLACK individually and on behalf of all
others similarly situated,

                                Plaintiffs,

      -against-

EDISON MANAGEMENT CO., LLC.

                                Defendant.
------------------------------------------------------------X

Case No. 23-cv-3952

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or that could have been asserted in the above-captioned action against defendant are hereby voluntarily dismissed with prejudice and without costs. Each party will bear its own costs and fees.

Dated: September 8th, 2023

New York, New York

| MARS KHAIMOV LAW, PLLC | JACKSON LEWIS P.C. |
|---|---|
| By: _____ | By: _____ |
| Mars Khaimov, Esq. | Joseph Lynett, Esq. |
| 100 Duffy Avenue, Suite 510 | 666 Third Avenue |
| Hicksville, New York 11801 | 29th Floor |
| Tel.: 929.324.0717 (direct) | New York, NY 10017 |
| mars@khaimovlaw.com | Direct: (212) 545-4012 |
| *Attorneys for Plaintiff* | Sydney.Mendelsohn@jacksonlewis.com |
| | *Attorneys for Defendant* |

SO ORDERED: _____
U.S.D.J

4895-5040-3388.1